**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1957**

EKOKO K. AVOKI; FRANCISCO AVOKI,

        Plaintiffs - Appellants,

     v.

CITY OF CHESTER SC; POLICE OF CHESTER SC; PTL. COVINGTON, Individually; DOE I-XXX,

        Defendants - Appellees,

    and

UNITED STATES OF AMERICA,

        Defendant.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Donald C. Coggins, Jr., District Judge; Paige Jones Gossett, Magistrate Judge. (0:17-cv-01141-DCC-PJG)

Submitted: December 18, 2018            Decided: December 20, 2018

Before AGEE, THACKER, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ekoko K. Avoki, Francisco Avoki, Appellants Pro Se.   David Allan DeMasters, DAVIDSON, WREN & PLYLER, PA, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ekoko K. Avoki and Francisco Avoki (Appellants) seek to appeal the district court's omnibus text order rejecting their challenges to the magistrate judge's orders on several pretrial matters. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The text order that Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*